# United States District Court
EASTERN DISTRICT OF WISCONSIN

KRAUSE BROKERAGE SERVICES, LLC,

      Plaintiff,

v.

AMERICAN CENTURY LIFE INSURANCE COMPANY,

      Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-CV-1574

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this action is DISMISSED.

Dated: April 22, 2025

GINA M. COLLETTI
Clerk of Court

s/ Joleen M. Krings
(By) Deputy Clerk